UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                        Case No. 1:16-cr-37

v.

                                        HON. JANET T. NEFF

PRENTIS H. GIBSON,

     Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed on October 12, 2016 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge (Dkt 742) is approved and adopted as the opinion of the Court.

2.     Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Superseding Felony Information.

3.     The written plea agreement is hereby continued under advisement pending sentencing.

Dated:  November 1, 2016                         ___/s/ Janet T. Neff_____
                                          JANET T. NEFF
                                          United States District Judge